IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONE LeROY EAST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. BELL, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:11-CV-00238 DLB (PC)<br><br>ORDER TO SUBMIT CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a California state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submitted a correct application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Plaintiff is not required to submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint, as Plaintiff has already done so.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   February 16, 2011　　　　　　　　　／s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-