# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONE LEROY EAST, | 1:11-CV-00238-OWW-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS |
| v. | |
| J. BELL, et al., | (DOC. 9) |
| Defendants. | $350.00 FILING FEE DUE WITHIN FOURTEEN (14) DAYS |

Plaintiff Ebone LeRoy East ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 11, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within fourteen days. Doc. 9. Plaintiff filed an Objection to the Findings and Recommendations on August 26, 2011.  Doc. 10.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

1

and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 11, 2011, is adopted in full;
2. Plaintiff's in forma pauperis status is REVOKED; and
3. Plaintiff is required to pay the $350.00 filing fee in full within **fourteen (14)** days from the date of service of this order.  Failure to timely pay the full filing fee will result in dismissal of this action without prejudice.

IT IS SO ORDERED.

**Dated:   September 6, 2011**           /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE